Donna **VIZCAINO; Jon R. Waite; Mark Stout; Geoffrey Culbert; Lesley Stuart; Thomas Morgan; Elizabeth Spokoiny; Larry Spokoiny, Plaintiffs–Appellants,**

v.

**MICROSOFT CORPORATION, and its pension and welfare benefit plans, et al., Defendants–Appellees.**

No. 94–35770.

United States Court of Appeals, Ninth Circuit.

Feb. 10, 1997.

Before: HUG, Chief Judge.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is or-

dered that this case be reheard·by the en banc court pursuant to Circuit Rule 35-3.